IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Julia Mulanax,

                    Plaintiff(s),

              v.

Commissioner, Social Security Administration,

                   Defendant(s).

Civil No. CV 05-421 BR

**JUDGMENT
OF REMAND**

      Pursuant to the Mandate issued November 12, 2008, by the Ninth Circuit Court of Appeals,

      **IT IS ADJUDGED** that this matter is REMANDED to the administrative agency for further

action as directed in the Court of Appeal's Memorandum decision issued 9/18/2008, and the matter

is DISMISSED without prejudice in this Court.

      Dated this   13th   day of November, 2008.

                                 /s/ Anna J. Brown
                            Anna J. Brown
                            United States District Judge

                                  (Mulanax JGM Remand 11-13.wpd)

JUDGMENT OF REMAND