WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'09 JAN 16 15:28 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JULIA MULANAX,**                                              CV # 05-421-BR

    Plaintiff,

vs.                                                              ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

    Attorney fees in the amount of $16,000.00 and expenses in the amount of $58.61 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check(s) shall be mailed to Attorney Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

    DATED this 16 day of January, 2008.

                                                                                                   United States District Judge

Submitted on January 15, 2009 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1